In re Estate of Stern v. Stern

IN THE MATTER OF THE ESTATE OF EDWARD GORDON STERN, Deceased, H. T. Mullen, Jr., Administrator of the Estate of Edward Gordon Stern v. CEILA STERN, ROBERT WEISS, MELVENA W. TRAVALIA, AUGUST WEISS, EMMA W. JOHNSON, AGNES WEISS TEULON, WILLIAM WEISS, ADELE S. STEIN, A. EDWIN STERN, JR., JENNIE W. MILLSTEIN, HARRY S. WENDER, FLORENCE MARGARET W. LEHN, SHIRLEY JOAN W. UKRAINETZ, GEORGINA L. GEPPERT, EVELYN L. BAERWALDT, HELEN L. McGOVERN, GORDON LISSEL, JEAN L. GESCHWANDTNER, THERESA L. SEIDENS, JAMES LISSEL and ALL UNKNOWN HEIRS OF EDWARD GORDON STERN

No. 156A84

(Filed 4 December 1984)

APPEAL by respondent-paternal heirs from a decision of the Court of Appeals, 66 N.C. App. 507, 311 S.E. 2d 909 (1984), one judge dissenting, which affirmed the order entered in favor of respondent-maternal heirs by *Allsbrook, J.,* at the 23 August 1982 Session of Superior Court, PASQUOTANK County.

*Jennette, Morrison, Austin & Halstead, by C. Glenn Austin and John S. Morrison, for respondent paternal heirs.*

*Griffin & Ruff, by Joseph M. Griffin, for respondent maternal heirs.*

PER CURIAM.

Affirmed.